MALANI L. KOTCHKA
Nevada Bar No. 283
mlk@hmlawlv.com
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: (702) 834-8777
Facsimile: (702) 834-5262

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RENO, Individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WESTERN CAB COMPANY, HELEN TOBMAN MARTIN, MARILYN TOBMAN MORAN, JANIE TOBMAN MOORE, MARTHA SARVER, and "John Does" name fictitious, actual name and number unknown, et al., <br><br> Defendants. | Case No.: 2:18-CV-00840-APG-NJK <br><br> **STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADINGS** <br><br> **[FIRST REQUEST]** |

Plaintiff Michael Reno and Defendants Western Cab Company, Helen Tobman Martin, Marilyn Tobman Moran, Janie Tobman Moore, and Martha Sarver, by and through their undersigned counsel, hereby stipulate and agree that the date due for all the defendants' responsive pleadings shall be July 11, 2018. Defendants Western Cab Company, Marilyn Tobman Moran and Helen Tobman Martin were served on June 14, 2018. Defendant Janie Tobman Moore was served on June 20, 2018 and Defendant Martha Sarver was served on June 24, 2018. Defendants agree to: (1) not contest service of process; and (2) in return for an extension from July 5, 2018 to July 11, 2018, for defendants Western Cab Company, Helen

Tobman Martin and Marilyn Tobman Moran, file the responsive pleadings for all the defendants on July 11, 2018.

DATED this 5th day of July 2018.

| LEON GREENBERG, P.C. | HEJMANOWSKI & McCREA LLC |
|---|---|
| /s/ Leon Greenberg<br>Leon Greenberg (SBN 8094)<br>Dana Sniegocki (SBN 11715)<br>2965 South Jones Blvd.<br>Suite E-3<br>Las Vegas, Nevada 89146<br>Tel 702-383-6085<br>Fax 702-385-1827<br>leongreenberg@overtimelaw.com<br>dana@overtimelaw.com | /s/ Malani L. Kotchka<br>Malani L. Kotchka (SBN 0283)<br>520 South Fourth Street<br>Suite 320<br>Las Vegas, Nevada 89101<br>Tel 702-834-8777<br>Fax 702-834-5262<br>mlk@hmlawlv.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

IT IS SO ORDERED:

~~UNITED STATES DISTRICT JUDGE or~~
UNITED STATES MAGISTRATE JUDGE

Dated: July 6, 2018

HEJMANOWSKI & McCREA LLC
ATTORNEYS AT LAW
520 SOUTH FOURTH ST.
SUITE 320
LAS VEGAS, NEVADA 89101
T: 702.834.8777 | F: 702.834.5262
WWW.HMLAWLV.COM