LEON GREENBERG, ESQ., SBN 8094
DANA SNIEGOCKI, ESQ., SBN 11715
Leon Greenberg Professional Corporation
2965 South Jones Blvd- Suite E3
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
dana@overtimelaw.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MICHAEL RENO, Individually and on behalf of others similarly situated,

        Plaintiff,

vs.

WESTERN CAB COMPANY, HELEN TOBMAN MARTIN, MARILYN TOBMAN MORAN, JANIE TOBMAN MOORE, MARTHA SARVER

        Defendants.

CASE NO.: 2:18-cv-840-APG-NJK

**STIPULATION AND ORDER TO EXTEND BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS AND PLAINTIFFS' MOTION FOR CIRCULATION OF NOTICE OF PENDENCY**

Plaintiff Michael Reno, ("Plaintiff") and Defendants Western Cab Company, Helen Tobman Martin, Marilyn Tobman Moran, Janie Tobman Moore, and Marther Sarver ("Defendants"), through their counsel of record, hereby stipulate and agree to an extension of time for plaintiff to file his response to defendants' motions to dismiss. Such motions were filed on July 11, 2018 with responses in opposition being due on July 25, 2018. The parties agree plaintiff will have until **August 3, 2018 to file their responses in opposition**. The parties also agree that defendants shall have an extension of time to file their response in opposition to plaintiffs' motion for circulation of the notice of pendency of this action. Such motion was filed on July 11, 2018 with a response in opposition being due on July 25, 2018. The parties agree defendants will have until **August 3, 2018** to file their response in opposition.

The extensions requested herein are made in good faith, to accommodate the schedules of the parties' counsel, and not for purposes of delay.

Dated July 24, 2018

Dated July 24, 2018

Respectfully submitted,

Respectfully submitted,

 /s/ *Dana Sniegocki*
LEON GREENBERG, ESQ.
DANA SNIEGOCKI, ESQ.
LEON GREENBERG
PROFESSIONAL CORPORATION
2965 South Jones Blvd., #E3
Las Vegas, NV  89146
Tel (702) 383-6085
Fax (702) 385-1827
Attorneys for Plaintiffs

 /s/ *Malani Kotchka*
MALANI KOTCHKA, ESQ.
HEJMANOWSKI & McCREA LLC
520 South Fourth Street
Suite 320
Las Vegas, NV  89101
Attorneys for Defendants

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: July 26, 2018.