LEON GREENBERG, ESQ., SBN 8094
DANA SNIEGOCKI, ESQ., SBN 11715
Leon Greenberg Professional Corporation
2965 South Jones Blvd- Suite E3
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
dana@overtimelaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL RENO and ERIC KIEFABER, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN CAB COMPANY, HELEN TOBMAN MARTIN, MARILYN TOBMAN MORAN, JANIE TOBMAN MOORE, MARTHA SARVER, JASON AWAD and "John Does" name fictitious, actual name and number unknown, et al.,<br><br>Defendants. | CASE NO.: 2:18-cv-840-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' TIME TO FILE A RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS (ECF NO. 21) AND TO DEEM MOTIONS TO DISMISS APPLICABLE TO FIRST AMENDED COMPLAINT**<br>**(FIRST REQUEST)** |

Plaintiffs Michael Reno and Eric Kiefaber ("Plaintiffs") and Defendants Western Cab Company, Helen Tobman Martin, Marilyn Tobman Moran, Janie Tobman Moore, and Martha Sarver ("these Defendants"), through their counsel of record, hereby stipulate and agree to an extension of time for Plaintiffs to file their response to these Defendants' motion for sanctions, ECF No. 21. Such motion was filed on August 9, 2018, with a response in opposition being due on August 23, 2018. The parties agree Plaintiffs will have until **September 13, 2018** to file their response in opposition to this motion.

The parties further stipulate and agree that these Defendants' Motions to Dismiss (ECF Nos. 9 and 10), the Opposition (ECF No. 20) and the Reply (ECF No. 22) shall be deemed to

1

apply to the First Amended Complaint filed by plaintiffs on August 1, 2018 (ECF No. 17). The parties agree that the briefing on the motions to dismiss the First Amended Complaint is complete and the motions to dismiss are ready for the Court's decision.

The extension requested herein is made in good faith and not for purposes of delay.

Dated August 13, 2018

Respectfully submitted,

/s/ *Dana Sniegocki*
LEON GREENBERG, ESQ.
DANA SNIEGOCKI, ESQ.
LEON GREENBERG
PROFESSIONAL CORPORATION
2965 South Jones Blvd., #E3
Las Vegas, NV 89146
Tel (702) 383-6085
Fax (702) 385-1827
Attorneys for Plaintiffs

Dated August 13, 2018

Respectfully submitted,

/s/ *Malani Kotchka*
MALANI KOTCHKA, ESQ.
HEJMANOWSKI & McCREA LLC
520 South Fourth Street
Suite 320
Las Vegas, NV 89101
Attorneys for Defendants
Western Cab Company, Helen Tobman Martin,
Marilyn Tobman Moran, Janie Tobman Moore,
and Martha Sarver

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: August 13, 2018.