# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RENO, et al., | Case No.: 2:18-cv-00840-APG-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| WESTERN CAB COMPANY, et al., | |
| Defendant(s). | |

Pending before the Court is a motion to stay discovery. Docket No. 41. Any response shall be filed by September 20, 2018, and any reply shall be filed by September 21, 2018.

IT IS SO ORDERED.

Dated: September 18, 2018

Nancy J. Koppe
United States Magistrate Judge