# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RENO and ERIC KIEFABER,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN CAB COMPANY, HELEN TOBMAN MARTIN, MARILYN TOBMAN MORAN, JANIE TOBMAN MOORE, MARTHA SARVER, and JASON AWAD,<br><br>Defendants. | Case No.: 2:18-cv-00840-APG-NJK<br><br>**ORDER DENYING PLAINTIFFS' COUNTER-MOTION FOR CONDITIONAL LEAVE**<br><br>[ECF No. 20] |

The plaintiffs have filed a "counter-motion" for "conditional leave" to more fully address questions surrounding arbitration agreements that may be relevant to this case. ECF No. 20 at 12-14. Because of my decisions on the defendants' motions to dismiss and the plaintiffs' motion for confirmation of supplemental jurisdiction (ECF No. 67), the plaintiffs' counter-motion is moot. To the extent that the arbitration agreements may influence future decisions in this case, the parties may raise those issues at the appropriate time. But this is not that time.

IT IS THEREFORE ORDERED that plaintiffs Michael Reno and Eric Kiefaber's counter-motion for conditional leave **(ECF No. 20) is DENIED** without prejudice as moot.

DATED this 15th day of January, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE