UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL RENO and ERIC KIEFABER,

Plaintiffs,

v.

WESTERN CAB COMPANY, HELEN TOBMAN MARTIN, MARILYN TOBMAN MORAN, JANIE TOBMAN MOORE, MARTHA SARVER, and JASON AWAD,

Defendants.

Case No.: 2:18-cv-00840-APG-NJK

**ORDER REVISING PROPOSED NOTICE OF PENDENCY OF COLLECTIVE ACTION**

[ECF Nos. 72, 74]

In response to my prior order (ECF No. 70), the plaintiffs filed a proposed notice of pendency of collective action. ECF No. 72. The defendants oppose two parts of the proposed notice. ECF No. 74.

I agree with the defendants that the plaintiffs' proposed language about drivers who signed arbitration agreements is unnecessarily prejudicial. Therefore, the language in that section of the notice (ECF No. 72 at 3:16-19) shall be revised to say:

**IF YOU PREVIOUSLY SIGNED AN ARBITRATION AGREEMENT**

If you signed an arbitration agreement with Western Cab, you may choose to join this lawsuit. However, the arbitration agreement may bar your participation in the later stages of this collective action.

The defendants also object to language about payment of the plaintiffs' counsel's fees. This language (ECF No. 72 at 3:26-28) is unnecessary and could mislead a plaintiff. Therefore, it shall be stricken from the notice.

The defendants have no other objections to the proposed notice, nor do I. The plaintiffs' counsel shall revise the notice as ordered above and then email it to my chambers, in Word format. I will sign and enter the notice and then it may be circulated and posted as provided in my earlier order. *See* ECF No. 70 at 9-10.

DATED this 8th day of March, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE