MARIO P. LOVATO
Nevada Bar No. 7427
LOVATO LAW FIRM, P.C.
7465 W. Lake Mead Blvd. Ste. 100
Las Vegas, Nevada 89128
T: (702) 979-9047
mpl@lovatolaw.com
Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL RENO, ERIC KIEFABER, DENNIS RHOADES, JASON HARRIS, PREMIER TAMAYO, WILFREDO ALLANIGUE, and ARIES BIHASA,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN CAB COMPANY, HELEN TOBMAN MARTIN, MARILYN TOBMAN MORAN, JANIE TOBMAN MOORE, MARTHA SARVER, and JASON AWAD,<br><br>Defendants. | CASE NO. 2:18-CV-840-APG-NJK |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties that the deadline for Defendants to file their response to Plaintiffs' Motion to Compel (#135) be EXTENDED such that Defendants' response shall be due on **October 24, 2019**.

IT IS FURTHER STIPULATED AND AGREED by and between counsel for the parties that that the deadline for Plaintiffs to file their reply after such response shall be EXTENDED such that Plaintiffs' Reply shall be due on **October 29, 2019**.

In support of this Stipulation, the parties submit that such extensions are minor, that they are entered into in light of the intervening weekend that otherwise reduces the time for submitting

/ / /

/ / /

the respective response and reply, and in light of the other obligations coming due for the parties' counsel in this, and other, matters.

Dated: October 22, 2019.                                    Dated: October 22, 2019.

LEON GREENBERG                                              LOVATO LAW FIRM, P.C.
PROFESSIONAL CORPORATION


　　/s/ Dana Sniegocki　　　　　　　　　　　　　　　　　　　　　　　　/s/ Mario Lovato
LEON GREENBERG, ESQ.                                        MARIO P. LOVATO
DANA SNIEGOCKI, ESQ.                                        Nevada Bar No. 7427
2965 South Jones Blvd., #E3                                 Attorney for Defendants
Las Vegas, NV 89146
Tel (702) 383-6085
Fax (702) 385-1827
Attorneys for Plaintiffs

**ORDER**

    IT IS SO ORDERED.

    DATED: October __23__, 2019.

_____
UNITED STATES MAGISTRATE JUDGE