# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL RENO, et al.,

    Plaintiff(s),

v.

WESTERN CAB COMPANY, et al.,

    Defendant(s).

Case No.: 2:18-cv-00840-APG-NJK

**Order**

[Docket No. 138]

Pending before the Court is Defendants' response to Plaintiffs' motion to compel, which is 30 pages in length and was filed on October 28, 2019. Docket No. 138. Outside the summary judgment context, responses to motions must be limited to 24 pages. Local Rule 7-3(b). The already-extended deadline to file the response was October 24, 2019. Docket No. 137. Hence, the instant response violates the local rule on page limits and is untimely. Accordingly, Defendants' response is hereby **STRICKEN**. To the extent Defendants wish to oppose the motion to compel, no later than October 29, 2019, they must file a brief that complies with the local rules and they must file a separate request for reopening this deadline that establishes excusable neglect for failing to file a response by the deadline that was previously set. *See* Fed. R. Civ. P. 6(b)(1)(B).

IT IS SO ORDERED.

Dated: October 28, 2019

                                                  Nancy J. Koppe
                                                United States Magistrate Judge