# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL RENO, et al.,

    Plaintiff(s),

v.

WESTERN CAB COMPANY, et al.,

    Defendant(s).

Case No.: 2:18-cv-00840-APG-NJK

**ORDER**

(Docket No. 163)

Pending before the Court is Defendants' motion for reconsideration of the Court's order at Docket No. 162. Docket No. 163. The Court finds Defendants' motion properly resolved without a hearing. *See* Local Rule 78-2. While the Court finds that other obligations do not constitute good cause, the Court **GRANTS** the motion for reconsideration. Docket No. 163. Defendants' response to Plaintiffs' motion to compel (Docket No. 159), shall be filed no later than January 2, 2020. Any reply shall be filed no later than January 6, 2020.

IT IS SO ORDERED.

Dated: December 31, 2019

                                                            Nancy J. Koppe
                                                          United States Magistrate Judge