MARIO P. LOVATO
Nevada Bar No. 7427
LOVATO LAW FIRM, P.C.
7465 W. Lake Mead Blvd. Ste. 100
Las Vegas, Nevada 89128
T: (702) 979-9047
mpl@lovatolaw.com
Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL RENO, ERIC KIEFABER, DENNIS RHOADES, JASON HARRIS, PREMIER TAMAYO, WILFREDO ALLANIGUE, and ARIES BIHASA,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN CAB COMPANY, HELEN TOBMAN MARTIN, MARILYN TOBMAN MORAN, JANIE TOBMAN MOORE, MARTHA SARVER, and JASON AWAD,<br><br>Defendants. | CASE NO. 2:18-CV-840-APG-NJK<br><br>**ORDER** |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties that the deadline for Defendants to file their reply brief in support of Defendants' Motion to Compel Arbitration On An Individualized Basis And For Related Relief (#152)—which follows the opposition / response thereto (#157)—be EXTENDED such that Defendants' reply brief shall be due on **January 2, 2020**.

In support of this Stipulation, it is submitted that the requested extension is minor, that this Stipulation is entered into in light of the holidays, and in light of the other obligations coming due

///

///

///

for such counsel in this and other matters.

Dated: December 26, 2019.                                    Dated: December 26, 2019.

LEON GREENBERG                                               LOVATO LAW FIRM, P.C.
PROFESSIONAL CORPORATION


    /s/ Dana Sniegocki                                    /s/ Mario Lovato
LEON GREENBERG, ESQ.                                         MARIO P. LOVATO
DANA SNIEGOCKI, ESQ.                                         Nevada Bar No. 7427
2965 South Jones Blvd., #E3                                  Attorney for Defendants
Las Vegas, NV 89146
Tel (702) 383-6085
Fax (702) 385-1827
Attorneys for Plaintiffs

## ORDER

    IT IS SO ORDERED.

    Dated: January 2, 2020.

_____
UNITED STATES DISTRICT JUDGE