# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL RENO, et al.,

    Plaintiff(s),

v.

WESTERN CAB COMPANY, et al.,

    Defendant(s).

Case No.: 2:18-cv-00840-APG-NJK

**Order**

Pending before the Court is Plaintiffs' motion for the undersigned to partially reconsider a previous order. Docket No. 158. That motion for reconsideration was filed on December 19, 2019. In the prefiling conference, defense counsel indicated that he opposed the motion. *See id.* at 17-18 ("Mr. Lovato was very clear [that] he disagreed"). Nonetheless, Defendants did not file a response.[1] No later than January 13, 2020, Defendants must file either a notice of non-opposition or a response in opposition that presents meaningfully developed argument.

IT IS SO ORDERED.

Dated: January 6, 2020

                                                                Nancy J. Koppe
                                                                 United States Magistrate Judge

---

[1] Nor did Defendants respond to the overlapping objection to the assigned District Judge, so the undersigned cannot look to any such filing to discern Defendants' positions with respect to the motion for partial reconsideration.