UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RENO, et al.,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>WESTERN CAB COMPANY, et al.,<br><br>　　　　Defendant(s). | Case No.: 2:18-cv-00840-APG-NJK<br><br>**Order**<br><br>[Docket No. 193] |

On June 23, 2020, the Court ordered Defendants to produce a declaration regarding discovery. Docket No. 192. Rather than serving that declaration on opposing counsel, however, Defendants filed it on the docket. Docket No. 193. Discovery-related documents must be <u>served</u> on opposing counsel, not <u>filed</u> on the docket unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

　　IT IS SO ORDERED.

　　Dated: July 9, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1