# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL RENO, et al.,

    Plaintiff(s),

v.

WESTERN CAB COMPANY, et al.,

    Defendant(s).

Case No.: 2:18-cv-00840-APG-NJK

**Order**

[Docket Nos. 200, 202]

Pending before the Court is Defendants' motion to extend the response deadline to a motion to compel. Docket No. 200. Plaintiffs filed a notice of non-objection and a counter-motion for an extension of the reply deadline. Docket Nos. 201, 202. To the extent parties agree on relief being sought, they are supposed to file a stipulation. The Court fails to discern any good reason why that is not happening.[1] Accordingly, the motion and counter-motion are **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: August 4, 2020

                              Nancy J. Koppe
                              United States Magistrate Judge

---

[1] The Court is at a loss as to why counsel continue to believe that a magistrate judge is supposed to act as a babysitter to attorneys. *Compare* Docket No. 202 at 2 (accusing opposing counsel of avoiding communications) *with Mazzeo v. Gibbons*, 2010 WL 3020021, at *2 (D. Nev. July 27, 2010) (Leen, J.) (admonishing counsel for trying to transform a magistrate judge into a "school marm scolding little boys"). Counsel have ethical and legal obligations that are self-enforcing. The Court is fast approaching a point where sanctions and/or disciplinary referrals against both sides may be on the table for future lapses.

1