MARIO P. LOVATO
Nevada Bar No. 7427
LOVATO LAW FIRM, P.C.
7465 W. Lake Mead Blvd. Ste. 100
Las Vegas, Nevada 89128
T: (702) 979-9047
mpl@lovatolaw.com
Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL RENO, ERIC KIEFABER, DENNIS RHOADES, JASON HARRIS, PREMIER TAMAYO, WILFREDO ALLANIGUE, and ARIES BIHASA,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN CAB COMPANY, HELEN TOBMAN MARTIN, MARILYN TOBMAN MORAN, JANIE TOBMAN MOORE, MARTHA SARVER, and JASON AWAD,<br><br>Defendants. | CASE NO. 2:18-CV-840-APG-NJK |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties that the deadline for Defendants to file their response to Plaintiffs' Motion to Compel FCRP Rule 30(b)(6) deposition (#196) be EXTENDED such that Defendants' response shall be due on **August 7, 2020**.

IT IS FURTHER STIPULATED AND AGREED by and between counsel for the parties that that the deadline for Plaintiffs to file their reply after such response shall be EXTENDED such that Plaintiffs' Reply shall be due on **August 14, 2020**.

In support of this Stipulation, the parties submit that such extensions are minor, that they are entered into in light of the intervening weekend that otherwise reduces the time for submitting

/ / /

/ / /

the respective response and reply, that defense counsel was out-of-the-office for a pre-planned matter from July 30, 2020 to August 4, 2020, that both defense counsel and Plaintiffs' counsel submitted timely filings seeking limited extensions in light of the above, and that this provides for prompt submission of briefing addressing the merits of the motion while also allowing counsel to handle obligations coming due in this, and other, matters.

Dated: August 5, 2020.

LEON GREENBERG
PROFESSIONAL CORPORATION


  /s/ Leon Greenberg
LEON GREENBERG, ESQ.
Nevada Bar No. 8094
2965 South Jones Blvd., #E3
Las Vegas, NV  89146
Tel (702) 383-6085
Fax (702) 385-1827
Attorneys for Plaintiffs

Dated: August 5, 2020.

LOVATO LAW FIRM, P.C.


  /s/ Mario Lovato
MARIO P. LOVATO
Nevada Bar No. 7427
Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

DATED: August __6__, 2020.

_____
UNITED STATES MAGISTRATE JUDGE