MARIO P. LOVATO
Nevada Bar No. 7427
LOVATO LAW FIRM, P.C.
7465 W. Lake Mead Blvd. Ste. 100
Las Vegas, Nevada 89128
T: (702) 979-9047
mpl@lovatolaw.com
Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL RENO, ERIC KIEFABER, DENNIS RHOADES, JASON HARRIS, PREMIER TAMAYO, WILFREDO ALLANIGUE, and ARIES BIHASA,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN CAB COMPANY, HELEN TOBMAN MARTIN, MARILYN TOBMAN MORAN, JANIE TOBMAN MOORE, MARTHA SARVER, and JASON AWAD,<br><br>Defendants. | CASE NO. 2:18-CV-840-APG-NJK |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties that the deadline for Defendants to file their response to Plaintiffs' Motion to Compel FCRP Rule 30(b)(6) deposition (#196) be EXTENDED such that Defendants' response filed on August 11, 2020 shall be deemed timely nunc pro tunc so that the arguments may be heard on the merits.

IT IS FURTHER STIPULATED AND AGREED by and between counsel for the parties that that the deadline for Plaintiffs to file their reply to such response shall be EXTENDED such that Plaintiffs' Reply shall be due on August 18, 2020 and not August 14, 2020 as provided by the Court's Order (Docket 205) so as to afford Plaintiffs' the seven (7) days contemplated by that Order to prepare and file such reply.

In support of this Stipulation, the parties submit that such extensions are minor, that they are entered into in light of the intervening weekend that otherwise reduces the time for submitting

the respective response and reply, that defense counsel was out-of-the-office for a pre-planned matter from July 30, 2020 to August 4, 2020, that both defense counsel and Plaintiffs' counsel submitted timely filings seeking limited extensions in light of the above, and that this provides for prompt submission of briefing addressing the merits of the motion while also allowing counsel to handle obligations coming due in this, and other, matters.

| | |
|---|---|
| Dated: August 12, 2020. | Dated: August 12, 2020. |
| LEON GREENBERG<br>PROFESSIONAL CORPORATION | LOVATO LAW FIRM, P.C. |
| /s/ Leon Greenberg<br>LEON GREENBERG, ESQ.<br>Nevada Bar No. 8094<br>2965 South Jones Blvd., #E3<br>Las Vegas, NV 89146<br>Tel (702) 383-6085<br>Fax (702) 385-1827<br>Attorneys for Plaintiffs | /s/ Mario Lovato<br>MARIO P. LOVATO<br>Nevada Bar No. 7427<br>Attorney for Defendants |

**ORDER**

IT IS SO ORDERED.

DATED: August __12__, 2020.

_____
UNITED STATES MAGISTRATE JUDGE