# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL RENO, et al.,

    Plaintiff(s),

v.

WESTERN CAB COMPANY, et al.,

    Defendant(s).

Case No.: 2:18-cv-00840-APG-NJK

**Order**

[Docket Nos. 214, 215]

Pending before the Court are Plaintiffs' motions to extend deadlines or, alternatively, to stay discovery. Docket Nos. 214, 215. Those requests are premised on the pendency of a motion to compel arbitration and of an objection to a discovery order. Both the motion to compel arbitration and the objection to the discovery order have now been resolved. Docket Nos. 216, 217. Given the changed landscape, the motions to extend deadlines or, alternatively, to stay discovery are hereby **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: September 21, 2020

                                              Nancy J. Koppe
                                              United States Magistrate Judge