**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL RENO, ERIC KIEFABER, DENNIS RHOADES, JASON HARRIS, PREMIER TAMAYO, WILFREDO ALLANIGUE, and ARIES BIHASA, <br><br> Plaintiffs, <br><br> vs. <br><br> WESTERN CAB COMPANY, HELEN TOBMAN MARTIN, MARILYN TOBMAN MORAN, JANIE TOBMAN MOORE, MARTHA SARVER, and JASON AWAD, <br><br> Defendants. | CASE NO. 2:18-CV-840-APG-BNW |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties that Defendants' Opposition (Doc. 248) to Plaintiffs' Motion to Compel (Doc. 242) filed on April 22, 2021 shall be accepted for consideration *nunc pro tunc* and that Plaintiffs' Reply to Doc. 248 shall be served and filed by 12:00 noon on April 29, 2021. The foregoing dates are amended from those in the Court's Doc. 241 Order directing opposition filing by April 2, 2021, and reply filing by April 9, 2021, for such motion that is to be heard on April 30, 2021 at 10:00 a.m.

/ / /

/ / /

This Stipulation is entered into in good faith by the parties in an attempt to accommodate the litigation commitments of counsel and not for the purpose of delay.

Dated: April 23, 2021.

LEON GREENBERG
PROFESSIONAL CORPORATION

   */s/ Leon Greenberg*
LEON GREENBERG, ESQ.
Nevada Bar No. 8094
2965 South Jones Blvd., #E3
Las Vegas, NV  89146
Tel (702) 383-6085
Fax (702) 385-1827
Attorneys for Plaintiffs

Dated: April 23, 2021.

LOVATO LAW FIRM, P.C.

   */s/ Mario Lovato*
MARIO P. LOVATO
Nevada Bar No. 7427
7465 W. Lake Mead Blvd. Ste. 100
Las Vegas, NV 89128
Tel. 702-979-9047
Attorney for Defendants

### ORDER

At ECF Nos. 237 and 242 are motions for sanctions and to compel, respectively.  Since March 22, 2021, those motions have been set for an April 30, 2021 hearing. ECF No. 243. The Court previously ordered that, as to ECF No. 242, defendant's response was due April 2, 2021, and plaintiff's reply was due April 9, 2021. ECF No. 241.  Instead, however, defendant's response to ECF No. 242 was filed on April 21, 2021. ECF No. 248.  Further, the parties filed a stipulation at ECF No. 249 asking the Court to accept the belated response nunc pro tunc and to extend the deadline for plaintiff's reply to 12:00 PM on April 29, 2021 (i.e., 1 day before the hearing).

In an effort to ensure the presentation of this case on the merits, the Court will accept the parties' stipulation.  Therefore, IT IS ORDERED that ECF No. 249 is GRANTED. However, IT IS FURTHER ORDERED that the April 30, 2021 hearing is VACATED and RESCHEDULED to May 6, 2021, at 1:30 PM.  Finally, the Court notes that in the future it expects the parties to closely adhere to the Court's deadlines, and it reminds the parties that when a request for an extension is made after a deadline has expired, the request must be supported by excusable neglect for a party's failure to act within the original deadline. See LR IA 6-1(a).

**IT IS SO ORDERED**

**DATED:** 4:40 pm, April 26, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2