# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL RENO,

    Plaintiff

v.

ERIC KIEFABER, et al.,

    Defendants

Case No.: 2:18-cv-00840-APG-NJK

**Order Granting Motion to Extend Time**

[ECF No. 270]

    I ORDER that the plaintiffs' motion to extend time **(ECF No. 270) is GRANTED**. The plaintiffs' motion for attorney's fees and costs is due March 25, 2022.

    DATED this 10th day of March, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE