MARIO P. LOVATO
Nevada Bar No. 7427
LOVATO LAW FIRM, P.C.
7465 W. Lake Mead Blvd. Ste. 100
Las Vegas, Nevada 89128
T: (702) 979-9047
mpl@lovatolaw.com
Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL RENO, ERIC KIEFABER, DENNIS RHOADES, JASON HARRIS, PREMIER TAMAYO, WILFREDO ALLANIGUE, and ARIES BIHASA,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN CAB COMPANY, HELEN TOBMAN MARTIN, MARILYN TOBMAN MORAN, JANIE TOBMAN MOORE, MARTHA SARVER, and JASON AWAD,<br><br>Defendants. | CASE NO. 2:18-CV-840-APG-NJK |

**MOTION TO EXTEND TIME**

Defendants, through their current counsel, move to extend the deadline to file the response to Plaintiffs' Motion For An Award Of Attorney's Fees And Costs Pursuant To The Court's ECF 268 Order (#280) be EXTENDED such that Defendants' response shall be due on **April 13, 2022**.

Defendants request an additional three court days to finalize and file their responsive brief. There has been recent motion / objection practice by Plaintiffs in this case, which has consumed significant time.  Defense counsel routinely grants extensions and/or does not oppose motions to extend, which has occurred perhaps a couple dozen times in this case.  On today's date, attempt was made by defense counsel to obtain stipulation from Plaintiffs for the extension, to no avail.

An additional three court days will allow the issues raised by Plaintiffs' motion to be heard on the merits and in a manner conducive to orderly litigation of the claims.

Plaintiffs' motion (#280), to which extension is hereby requested, includes various exhibits and information that was not previously submitted to defense counsel via meet-and-confer procedures. Plaintiffs' motion seeks substantial attorney fees in costs, indeed over $70,000.00, in regard to only two motion filings. Such motion(s) were previously litigated elsewhere, which eased the motion practice before this forum, which now requires review of the alleged duplicative attorney fees being sought by Plaintiffs in this forum.

Currently, the matter is set for hearing on May 9, 2022,. This Motion allows for sufficient time for a reply brief to be filed and for the filings to be reviewed prior to the hearing, this Motion is limited to an extension of only a few business / court days, and the extension will allow for full briefing and response such that the matter will be heard on the merits.

Dated: April 8, 2022.

LOVATO LAW FIRM, P.C.

**IT IS ORDERED that ECF No. 283 is GRANTED as unopposed nunc pro tunc.** *See* **LR 7-2(d).**

_____/s/ Mario Lovato_____
MARIO P. LOVATO
Nevada Bar No. 7427
Attorney for Defendants

**IT IS SO ORDERED**

**DATED:** 1:22 pm, May 06, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2