UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RENO, et al., | Case No.: 2:18-cv-00840-APG-BNW |
| Plaintiffs | **Order (1) Granting Extension of Time, (2) Overruling Objection, and (3) Affirming Magistrate Judge Order** |
| v. | |
| WESTERN CAB COMPANY, et al., | [ECF Nos. 306, 309] |
| Defendants | |

Magistrate Judge Weksler granted in part the plaintiffs' motion for attorney's fees and costs. ECF No. 305. The defendants moved for an extension of the objection deadline (ECF No. 306) and later filed an objection to Judge Weksler's order (ECF No. 309). I have reviewed the objection, Judge Weksler's Order, and the underlying papers. Judge Weksler's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).

I THEREFORE ORDER that the defendants' motion for an extension of the objection deadline **(ECF No. 306) is granted**.

I FURTHER ORDER that Magistrate Judge Weksler's Order **(ECF No. 305) is affirmed** in its entirety, and the defendants' objection **(ECF No. 309) is denied**. The defendants shall pay the amount required under Judge Weksler's order by October 7, 2022.

DATED: September 19, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE