LEON GREENBERG, ESQ., SBN 8094
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd - Suite 210
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com

GARY M. GILBERT, ESQ., *Pro Hac Vice*
MARLENE A. LAIMECHE, ESQ., *Pro Hac Vice*
Gilbert Employment Law P.C.
8403 Colesville Rd - Suite 1000
Silver Spring, MD 20910
Tel (301) 608-0880
Fax (301) 608-0881
gary-efile@gelawyer.com
mlaimeche-efile@gelawyer.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RENO, PREMIER TAMAYO, ARIES BIHASA, and WILFREDO ALLANIGUE, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN CAB COMPANY, HELEN TOBMAN MARTIN, MARILYN TOBMAN MORAN, JANIE TOBMAN MOORE, MARTHA SARVER, JASON AWAD, and "John Does" name fictitious, actual name and number unknown, et al.,<br><br>Defendants. | CASE NO.: 2:18-cv-840-APG-BNW<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL** |

  Pursuant to LR IA 11-6, Marlene Laimeche, counsel for Plaintiffs, files this motion for leave to withdraw her appearance in this matter. The undersigned will be leaving the employment of Gilbert Employment Law, P.C. on July 14, 2023, after which she will no longer

1

be able to represent Plaintiffs. Plaintiffs will continue to be represented by Leon Greenberg, Esq. and Gary Gilbert, Esq., who are already noticed on this case. As required under LR IA 11-6, the undersigned is serving a copy of this motion on Plaintiffs Michael Reno, Wilfredo Allanigue, Premier Tamayo, and Aries Bihasa,[1] as well as on counsel for Defendants. This will not cause a delay in case processing or prejudice Plaintiffs. Therefore, for good cause shown, the undersigned respectfully requests that she be withdrawn from this matter.

Dated: July 13, 2023

Respectfully submitted,

/s/ Marlene Laimeche
Marlene Laimeche, Esq.
*Pro Hac Vice*
Gilbert Employment Law, P.C.
8403 Colesville Rd, Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
mlaimeche@gelawyer.com

*Attorney for Plaintiffs*

**ORDER**
**IT IS SO ORDERED**

**DATED:** 9:39 am, July 14, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] As noted in previous submissions, Plaintiffs Eric Kiefaber and Jason Harris are deceased. Plaintiff Dennis Rhoades was dismissed from this matter on September 18, 2020. *See* ECF No. 216.

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed using the Court's CM/ECF system on this 13th day of July, 2023, which will send electronic notification of this filing to all counsel of record, as well as by U.S. mail to Plaintiffs Michael Reno, Wilfredo Allanigue, Premier Tamayo, and Aries Bihasa.

Michael Reno
3070 South Nellis Blvd.,
apt 2120
Las Vegas NV 89121

Wilfredo Allangiue
5001 Obannon Drive,
Apt 41(B)
Las Vegas NV 89146

Premier Tamayo
5312 Padua Way,
Las Vegas NV 89107

Aries Bihasa
4225 Great Egret Lane
North Las Vegas, NV 89084

/s/ Marlene Laimeche
Marlene Laimeche, Esq.
*Pro Hac Vice*
Gilbert Employment Law, P.C.
8403 Colesville Rd, Suite 1000
Silver Spring, MD 20910
Tel: (301) 608-0880
Fax: (301) 608-0881
mlaimeche@gelawyer.com