LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 South Rainbow Blvd- Suite 210
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL RENO, ERIC KIEFABER, DENNIS RHOADES, JASON HARRIS, PREMIER TAMAYO, WILFREDO ALLANIGUE and ARIES BIHASA, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN CAB COMPANY, HELEN TOBMAN MARTIN, MARILYN TOBMAN MORAN, JANIE TOBMAN MOORE, MARTHA SARVER and JASON AWAD,<br><br>Defendants. | CASE NO.: 2:18-cv-840-APG-NJK<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES** |

Plaintiffs Michael Reno, Eric Kiefaber, Dennis Rhoades, Jason Harris, Premier Tamayo, Wilfredo Allanigue and Aries Bihasa ("Plaintiffs") and Defendants Western Cab Company, Helen Tobman Martin, Marilyn Tobman Moran, Janie Tobman Moore, Marther Sarver and Jason Awad, ("Defendants"), through their counsel of record, hereby stipulate and agree as follows:

1. On February 23, 2024, the Court issued its Order (ECF 382) extending the remaining pre-trial scheduling deadlines in this case. That Order extended the dispositive motion deadline to April 29, 2024, and the trial brief deadline to May 27, 2024. ECF 382.

1

2. Subsequent to the Court's ECF 382 Order, the Court Ordered the defendant Western Cab to appear for a limited Rule 30(b)(6) deposition no later than March 31, 2024. ECF 386. That deposition is taking place on March 28, 2024, at 2pm.

3. The plaintiffs assert they need time to receive the transcript of that deposition and to determine the impact of the testimony given during that deposition on any dispositive motions.

4. Accordingly, the parties hereby stipulate and agree that the deadline for dispositive motions shall be extended by sixty (60) days and will be due on June 29, 2024, and the trial brief will be continued to July 26, 2024 or 30 days after the rendering of any decision on dispositive motions, if any such motions are filed.

5. This request is not made for the purpose of delay.

Dated March 28, 2024

Respectfully submitted,

/s/ *Leon Greenberg*
LEON GREENBERG, ESQ.
LEON GREENBERG
PROFESSIONAL CORPORATION
1811 South Rainbow Blvd., Suite 210
Las Vegas, NV 89146
Tel (702) 383-6085
Fax (702) 385-1827
Attorneys for Plaintiffs

Dated March 28, 2024

Respectfully submitted,

/s/ *Mario Lovato*
MARIO P. LOVATO
LOVATO LAW FIRM, P.C.
Nevada Bar No. 7427
7465 W. Lake Mead Blvd. Ste. 100
Las Vegas, NV 89128
Attorney for Defendants

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
April 2nd, 2024