```
 1  DICKINSON WRIGHT PLLC
    MICHAEL N. FEDER
 2  Nevada Bar No. 7332
    GABRIEL A. BLUMBERG
 3  Nevada Bar No. 12332
    3883 Howard Hughes Parkway, Suite 800
 4  Las Vegas, Nevada 89169
    Tel:   702-550-4400
 5  Fax:   844-670-6009
    Email: MFeder@dickinsonwright.com
 6  Email: GBlumberg@dickinson-wright.com

 7  Attorneys for Defendants Western Cab Company,
    Helen Tobman Martin, Marilyn Tobman Moran,
 8  Janie Tobman Moore, and Martha Sarver
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RENO, ERIC KIEFABR, DENNIS RHOADES, JASON HARRIS, PREMIER TAMAYO AND WILFREDO ALLANIGUE, individually and on behalf of other similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>WESTERN CAB COMPANY, HELEN TOBMAN MARTIN, MARILYN TOBMAN MORAN, JANIE TOBMAN MOORE, MARTHA SARVER, JASON AWAD, and "John Does" name fictitious, actual name and number unknown, et al.<br><br>                    Defendants. | Case No.: 2:18-cv-00840-APG-BNW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANTS WESTERN CAB COMPANY, HELEN TOBMAN MARTIN, MARILYN TOBMAN MORAN, JANIE TOBMAN MOORE AND MARTHA SARVER** |

Michael N. Feder and Gabriel A. Blumberg of the law firm of Dickinson Wright PLLC hereby substitute in as counsel on behalf of Defendants Western Cab Company, Helen Tobman Martin, Marilyn Tobman Moran, Janie Tobman Moore and Martha Sarver (collectively

//
//
//
//
///

1

1  "Defendants"), in place and stead of William R. Urga and David J. Malley of the law firm of
2  Hutchison & Steffen, PLLC in this matter.[1]
3      DATED: May 20th, 2025          DICKINSON WRIGHT PLLC
4
5                                    /s/ Michael N. Feder
                                     Michael N. Feder, Esq.
                                     Nevada Bar No. 7332
6                                    Gabriel A. Blumberg, Esq.
                                     Nevada Bar No. 12332
7                                    3883 Howard Hughes Parkway, Suite 800
                                     Las Vegas, Nevada 89169
8
                                     *Attorneys for Defendants Western Cab Company,*
9                                    *Helen Tobman Martin, Marilyn Tobman Moran,*
                                     *Janie Tobman Moore, and Martha Sarver*
10
11      Defendants Western Cab Company, Helen Tobman Martin, Marilyn Tobman Moran, Janie
12  Tobman Moore, and Martha Sarver hereby consent and agree to the substitution of Michael N.
13  Feder and Gabriel A. Blumberg of the law firm of Dickinson Wright PLLC as its counsel in place
14  and stead of William R. Urga and David J. Malley of the law firm of Hutchison & Steffen, PLLC
15  in this matter.
16      DATED: May 19th, 2025          Western Cab Company
17
18                                    By: Janie Moore
19                                    Title: President
20                                    Helen Tobman Martin
21                                    [signature]
22                                    Marilyn Tobman Moran
23                                    [signature]
24                                    Janie Tobman Moore
25                                    [signature]
26                                    Martha Sarver
27                                    [signature]
28

---

[1] Dickinson Wright PLLC is not substituting in as counsel for Defendant Jason Awad.

2

William R. Urga and David J. Malley of the law firm of Hutchison & Steffen, PLLC hereby consent and agree to the substitution of Michael N. Feder and Gabriel A. Blumberg of the law firm of Dickinson Wright PLLC as counsel for Defendant. No further copies of notices, pleadings, and documents should be served upon Hutchinson & Steffen, PLLC, including, having the Clerk remove them from the Court's CM/ECF distribution.

DATED: May 22, 2025

HUTCHINSON & STEFFEN, PLLC

/s/ 
William R. Urga, Esq.
Nevada Bar No. 119
David J. Malley, Esq.
Nevada Bar No. 8171
Peccole Professional Park
10080 W. Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Defendants Western Cab Company, Helen Tobman Martin, Marilyn Tobman Moran, Janie Tobman Moore, and Martha Sarver*

Michael N. Feder and Gabriel A. Blumberg of the law firm of Dickinson Wright PLLC hereby consent and agree to their substitution as counsel for Defendants in this matter.

DATED: May 20th 2025

DICKINSON WRIGHT PLLC

*/s/ Michael N. Feder*
Michael N. Feder, Esq.
Nevada Bar No. 7332
Gabriel A. Blumberg, Esq.
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169

*Attorneys for Defendants Western Cab Company, Helen Tobman Martin, Marilyn Tobman Moran, Janie Tobman Moore, and Martha Sarver*

3

1  IT IS HEREBY ORDERED Michael N. Feder and Gabriel A. Blumberg are hereby
2 accepted as counsel of record in place and stead of William R. Urga and David J. Malley of the
3 law firm of Hutchison & Steffen, PLLC. No further copies of notices, pleadings, and documents
4 should be served upon Hutchinson & Steffen PLLC, and the Clerk of the Court is instructed to
5 remove them from the Court's CM/ECF distribution.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE JUDGE

Dated: May 27, 2025_____, 2025

# CERTIFICATE OF SERVICE

I certify that I am an employee of DICKINSON WRIGHT PLLC and that on May 23rd, 2025, pursuant to Federal Rule of Civil Procedure 5(b), I served a true and correct copy of **NOTICE OF SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANTS WESTERN CAB COMPANY, HELEN TOBMAN MARTIN, MARILYN TOBMAN MORAN, JANIE TOBMAN MOORE AND MARTHA SARVER** on the parties through the Court's CM/ECF e-filing system to the following individual(s):

Leon Greenberg, Esq.
Ruthann Devereaux-Gonzalez
LEON GREENBERG, P.C.
1811 S. Rainbow Blvd., Suite 210
Las Vegas, NV 89146
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

*Attorneys for Plaintiffs Michael Reno, Eric Kiefabr, Dennis Rhoades, Jason Harris, Premier Tamayo and Wilfredo Allanigue*

William R. Urga, Esq.
David J. Malley, Esq.
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
wurga@hutchlegal.com
dmalley@hutchlegal.com

*Attorneys for Defendants Western Cab Company, Helen Tobman Martin, Marilyn Tobman Moran, Janie Tobman Moore, and Martha Sarver*

/s/ Dianne Kelling
An Employee of Dickinson Wright PLLC

5