UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RENO, et al.,<br><br>　　　Plaintiffs<br><br>v.<br><br>WESTERN CAB COMPANY, et al.,<br><br>　　　Defendants | Case No.: 2:18-cv-00840-APG-BNW<br><br>**Order Directing Entry of Final Judgment**<br><br>[ECF No. 415] |

　　　I previously approved the parties' settlement. ECF No. 412.  The parties now advise that all conditions necessary for the entry of a final judgment under the terms of both the settlement and my order have been fulfilled. ECF Nos. 413, 414, 415.

　　　I THEREFORE ORDER the Clerk of the Court to enter a final judgment granting final approval of the settlement and, subject to the terms of the settlement and my order, dismissing with prejudice all claims of all plaintiffs against all defendants.  I will retain jurisdiction to issue further orders regarding implementation of the settlement if necessary.

　　　I FURTHER ORDER the clerk of the court to close this file.

　　　DATED: October 24, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE